IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
RODNEY N. CAFFEY,              )
                               )
    Plaintiff,                 )
                               )     CIVIL ACTION NO.
    v.                         )       2:22cv542-MHT
                               )           (WO)
UNITED STATES OF AMERICA,      )
et al.,                        )
                               )
    Defendants.                )
```

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. 53) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 50) is adopted.

(3) Defendant United States's motion to dismiss (Doc. 3) is granted, and plaintiff's claims against defendant United States as against the United States as the substituted defendant for Health Services, Inc. and Dr. Shabnam Guard are dismissed without prejudice for

lack of subject matter jurisdiction.

All claims against the remaining defendants remain pending.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 5th day of June, 2023.

                        /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE