IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RODNEY N. CAFFEY,           )<br>                             )<br>     Plaintiff,             )<br>                             )<br>     v.                      )<br>                             )<br>UNITED STATES OF AMERICA,    )<br>et al.,                      )<br>                             )<br>     Defendants.             ) | CIVIL ACTION NO.<br>2:22cv542-MHT<br>(WO) |

OPINION AND ORDER

Plaintiff filed this lawsuit against multiple defendants asserting claims associated with a prescription he received for Atorvastatin. This case is before the court on the recommendation of the United States Magistrate Judge that plaintiff's "Narrative Summary of Undisputed Facts, In Opposition to Motion for Summary Judgment, Filed on Behalf of Ohm Laboratories, Inc., Before Discovery, and/or in the Alternative, Motion for Judgment on the Pleadings" (Doc. 75) be denied without prejudice. There are no objections to the recommendation. Upon an independent

and de novo review of the record, the court concludes that the recommendation should be adopted.

***

Accordingly, it is ORDERED that:

(1) The recommendation of the United States Magistrate Judge (Doc. 84) is adopted.

(2) The "Narrative Summary of Undisputed Facts, In Opposition to Motion for Summary Judgment, Filed on Behalf of Ohm Laboratories, Inc., Before Discovery, and/or in the Alternative, Motion for Judgment on the Pleadings" (Doc. 75) is denied without prejudice.

DONE, this the 3rd day of November, 2023.

    /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**