IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| RODNEY N. CAFFEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:22cv542-MHT |
| | ) | (WO) |
| UNITED STATES OF AMERICA, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 85) is adopted.

(2) Defendant United States's motion to strike the amended complaint or, in the alternative, motion to dismiss (Doc. 80) is granted to the extent that all claims asserted against the United States are dismissed without prejudice pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, and is denied to the

extent that relief is sought under Rule 12(f) of the Federal Rules of Civil Procedure.

All claims against the remaining defendants remain pending.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 3rd day of November, 2023.

                               /s/ Myron H. Thompson
                             UNITED STATES DISTRICT JUDGE