IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RODNEY N. CAFFEY,       )<br>                          )<br>    Plaintiff,          )<br>                          )<br>    v.                    )<br>                          )<br>PUBLIX SUPERMARKETS, INC., )<br>et al.,                   )<br>                          )<br>    Defendants.           ) | CIVIL ACTION NO.<br>2:22cv542-MHT<br>(WO) |

## OPINION

Plaintiff filed this lawsuit against multiple defendants asserting claims associated with a prescription he received for Atorvastatin. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the motions for summary judgment filed by defendants Ohm Laboratories, Inc, and Sun Pharmaceuticals be granted. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 20th day of September, 2024.

                                            /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**