IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RODNEY N. CAFFEY,            )<br>                              )<br>    Plaintiff,              )<br>                              )<br>    v.                        )<br>                              )<br>PUBLIX SUPERMARKETS, INC.,    )<br>et al.,                       )<br>                              )<br>    Defendants.               ) | CIVIL ACTION NO.<br>2:22cv542-MHT<br>(WO) |

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 102) is adopted.

(2) The motion for summary judgment filed by defendant Ohm Laboratories, Inc. (Doc. 88) is granted.

(3) The motion for summary judgment filed by defendant Sun Pharmaceuticals, Inc. (Doc. 90) is granted.

(4) Judgment is entered in favor of defendants Ohm Laboratories, Inc. and Sun Pharmaceuticals, Inc. and against plaintiff, with plaintiff taking nothing by his complaint against said defendants.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed, and is referred back to the United States Magistrate Judge on all remaining claims against all remaining defendants.

DONE, this the 20th day of September, 2024.

                                    /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE