ALMD 417 (Rev. 11/22)

UNITED STATES DISTRICT COURT

ALABAMA MIDDLE DISTRICT

NORTHERN DIVISION

2026 AUG 20 A 10:55

RODNEY N. CAFFEY )

)

Plaintiff(s) )

)

v. ) Case No. 2:22-CV-00542-BL-CWB

)

PUBLIX SUPERMARKETS, INC., )

et al., )

Defendant(s) )

# NOTICE OF APPEAL

Comes now, Rodney N. Caffey, the: ✓ Plaintiff(s)/____ Defendant(s) in the above-styled case, who hereby appeal(s) to the United States Court of Appeals for the Eleventh Circuit the following:

_____ the final judgment entered on the _______ day of _______________, _______

Document 198 an order entered on the 22nd day of July, 2026.

Rodney N. Caffey
Signature

Printed Name Rodney N. Caffey

Address P.O. Box 211292

Montgomery, AL 36121