# U.S. District Court

## Alabama Middle - Montgomery

Receipt Date: Aug 20, 2026 10:59AM

Rodney Caffey
P.O.Box 211292
Montgomery, Alabama 36121

Rcpt. No: 11587 Trans. Date: Aug 20, 2026 10:59AM Cashier ID: #AH (7514)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #738543 | 08/20/2026 | $605.00 |
| | | | Total Due Prior to Payment: | $605.00 |
| | | | Total Tendered: | $605.00 |
| | | | Total Cash Received: | $0.00 |

**Comments**: Appeal, 2:22cv00542-BL-CWB Caffey v. Publix Supermarkets, Inc. et al

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.