ALMD 417 (Rev. 11/22)

**UNITED STATES DISTRICT COURT**

**ALABAMA MIDDLE DISTRICT**

**NORTHERN DIVISION**

2026 AUG 20 A 10:55

RODNEY N. CAFFEY )
)
Plaintiff(s) )
)
v. ) Case No. 2:22-CV-00542-BL-CWB
)
PUBLIX SUPERMARKETS, INC., )
et al., )
Defendant(s) )

**NOTICE OF APPEAL**

Comes now, Rodney N. Caffey, the: ✓ Plaintiff(s)/____ Defendant(s) in the above-styled case, who hereby appeal(s) to the United States Court of Appeals for the Eleventh Circuit the following:

Document 200 the final judgment entered on the 22nd day of July, 2026

Document 199 an order entered on the 22nd day of July, 2026.

Signature: Rodney N. Caffey

Printed Name: Rodney N. Caffey

Address: P.O. Box 211292
Montgomery, AL 36121